# EXHIBIT E









Case: 1:12-cv-02331 Document #: 1-5 Filed: 03/29/12 Page 6 of 7 PageID #:49

