**EXHIBIT I**

**CuBE PLASTICS.** PACKAGING SOLUTIONS

HOME | ABOUT US | PRODUCT GALLERY | PRESS | EVENTS | BLOG | CONTACT | SALES FORCE

### Sales Force

Please select a region from the map to view contact info for sales reps in Canada and the USA

For all orders outside of Canada and the USA, please contact: johna@cubep.com

We look forward to doing business with you.



**United States :**

**Alabama**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Alaska**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Arizona**
Sunlight Sales Inc
Contact: Jim O'Keefe
T: (800) 472-8122
F: (303) 393-3700
E: jimo-keefe@sunlight.com

**Arkansas**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**California (North)**
Sunlight Sales Inc
Contact: Walt Gorba
Applegate, California
T: (800) 472-8122
F: (303) 393-3700
E: wgorba@sunlight.com

**California**
Sunlight Sales Inc
Contact: Rob Conte
Novato, California
T: (800) 472-8122
F: (303) 393-3700
E: rconte@sunlight.com

**Colorado**
Sunlight Sales Inc (Head Office)
Contact: Rob Wahl
T: (303) 393-9800
F: (303) 393-3700
TF: (800) 472-8122
E: rwahl@sunlight.com

**Connecticut**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Delaware**
Creative Sales and Marketing
Contact: Eddie Toby
T:(973) 406-1200
F: (973) 406-1800
E: etoby@creativesalesnj.com

**Florida**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Georgia**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Hawaii**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Idaho**
Sunlight Sales Inc (Head Office)
Contact: Rob Wahl
T: (303) 393-9800

**Illinois**
Creative Pack Consulting
Contact: Nicole Sengstock
T: (815) 814-8080

**Indiana**
FM Turner Company
Contact: Tom Godlewski
T: (800) 729-7545

F: (303) 393-3700
TF: (800) 472-8122
E: rwahl@sunlight.com

**Iowa**
Creative Pack Consulting
Contact: Nicole Sengstock
T: (815) 814-8080
F: (815) 444-0708
E: mnsengstock@sbcglobal.net

**Louisiana**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Massachusetts**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Mississippi**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Nebraska**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**New Jersey**
Creative Sales and Marketing
Contact: Eddie Toby
T:(973) 406-1200
F: (973) 406-1800
E: etoby@creativesalesnj.com

**North Carolina**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Oklahoma**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Rhode Island**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Tennessee**
FM Turner Company
Contact: Tom Godlewski
T: (800) 729-7545
F: (440) 287-5009
C: (440) 536-0208
E: tgodlewski@fmturner.com

**Vermont**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646

F: (815) 444-0708
E: mnsengstock@sbcglobal.net

**Kansas**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Maine**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Michigan**
FM Turner Company
Contact: Tom Godlewski
T: (800) 729-7545
F: (440) 287-5009
C: (440) 536-0208
E: tgodlewski@fmturner.com

**Missouri**
Creative Pack Consulting
Contact: Nicole Sengstock
T: (815) 814-8080
F: (815) 444-0708
E: mnsengstock@sbcglobal.net

**Nevada**
Sunlight Sales Inc (Head Office)
Contact: Rob Wahl
T: (303) 393-9800
F: (303) 393-3700
TF: (800) 472-8122
E: rwahl@sunlight.com

**New Mexico**
Sunlight Sales Inc.
Contact: Leon Trujillo
T: (800) 472-8122
F: (303) 393-3700

**North Dakota**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Oregon**
Sunlight Sales Inc
Contact: Walt Gorba
Applegate, California
T: (530) 308-4116
F: (530) 820-1672
E: wgorba@sunlight.com

**South Carolina**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Texas**
Supply- Link, Inc.
Contact: Terri Keoppel
T: (972) 292-2462
F: (972) 292-2402
E: terrik@supplylinkinc.net

**Virginia**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646

F: (440) 287-5009
C: (440) 536-0208
E: tgodlewski@fmturner.com

**Kentucky**
FM Turner Company
Contact: Tom Godlewski
T: (800) 729-7545
F: (440) 287-5009
C: (440) 536-0208
E: tgodlewski@fmturner.com

**Maryland**
Creative Sales and Marketing
Contact: Eddie Toby
T:(973) 406-1200
F: (973) 406-1800
E: etoby@creativesalesnj.com

**Minnesota**
Creative Pack Consulting
Contact: Nicole Sengstock
T: (815) 814-8080
F: (815) 444-0708
E: mnsengstock@sbcglobal.net

**Montana**
Sunlight Sales Inc.
Contact: Jan Beck
T: (800) 472-8122
F: (303) 393-3700
E: jbeck@sunlight.com

**New Hampshire**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**New York**
Creative Sales and Marketing
Contact: Eddie Toby
T:(973) 406-1200
F: (973) 406-1800
E: etoby@creativesalesnj.com

**Ohio**
FM Turner Company
Contact: Tom Godlewski
T: (800) 729-7545
F: (440) 287-5009
C: (440) 536-0208
E: tgodlewski@fmturner.com

**Pennsylvania**
FM Turner Company
Contact: Tom Godlewski
T: (800) 729-7545
F: (440) 287-5009
C: (440) 536-0208
E: tgodlewski@fmturner.com

**South Dakota**
CuBE Plastics
Contact: John Alexanian
T: (1877) 260-CUBE(2823)
F: (905) 669-8646
E: johna@cubep.com

**Utah**
Sunlight Sales Inc.
Contact: Cosme Padilla
T: (801) 253-9018
F: (801) 446-5549
E: cpadilla@sunlight.com

**Washington**
Sunlight Sales Inc
Contact: Walt Gorba
Applegate, California
T: (530) 308-4116

E: johna@cubep.com

E: johna@cubep.com

F: (530) 820-1672
E: wgorba@sunlight.com

**West Virginia**
FM Turner Company
Contact: Tom Godlewski
T: (800) 729-7545
F: (440) 287-5009
C: (440) 536-0208
E: tgodlewski@fmturner.com

**Wisconsin**
Creative Pack Consulting
Contact: Nicole Sengstock
T: (815) 814-8080
F: (815) 444-0708
E: mnsengstock@sbcglobal.net

**Wyoming**
Sunlight Sales Inc (Head Office)
Contact: Rob Wahl
T: (303) 393-9800
F: (303) 393-3700
TF: (800) 472-8122
E: rwahl@sunlight.com

**Canada :**

**Alberta**
Polar Plastic
Contact: Michael Wildman
T: (514) 331-0207
F: (514) 331-7604
E: mwildman@polarplastic.ca

**British Columbia**
Polar Plastic
Contact: Michael Wildman
T: (514) 331-0207
F: (514) 331-7604
E: mwildman@polarplastic.ca

**Manitoba**
Polar Plastic
Contact: Michael Wildman
T: (514) 331-0207
F: (514) 331-7604
E: mwildman@polarplastic.ca

**New Brunswick**
Polar Plastic
Contact: Robert Roy
T: (514) 331-0207
F: (514) 331-7604
E: rroy@polarplastic.ca

**Newfoundland & Labrador**
Polar Plastic
Contact: Robert Roy
T: (514) 331-0207
F: (514) 331-7604
E: rroy@polarplastic.ca

**Nova Scotia**
Polar Plastic
Contact: Robert Roy
T: (514) 331-0207
F: (514) 331-7604
E: rroy@polarplastic.ca

**Ontario**
Polar Plastic
Contact: Mark Sullivan
T: (514) 331-0207
F: (514) 331-7604
E: msullivan@polarplastic.ca

**Prince Edward Island**
Polar Plastic
Contact: Robert Roy
T: (514) 331-0207
F: (514) 331-7604
E: rroy@polarplastic.ca

**Quebec**
Polar Plastic
Contact: Robert Roy
T: (514) 331-0207
F: (514) 331-7604
E: rroy@polarplastic.ca

**Saskatchewan**
Polar Plastic
Contact: Michael Wildman
T: (514) 331-0207
F: (514) 331-7604
E: mwildman@polarplastic.ca

• SALES REP LOGIN

      

Recyclable | Reusable | Leak Resistant | Microwaveable | Dishwasher Safe | Freezer Safe | Stackable

2012 © CuBE Plastics